AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KRISTINA CHITEISHVILI, <br><br> *Plaintiff(s)* <br> v. <br><br> NAIRI ANNA MKRTCHIAN, an individual; <br> [SEE ATACHMENT A <br> FOR ADDITIONAL DEFENDANTS] <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:19-cv-09327 SVW (ASx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        SEE ATTACHMENT B

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Timothy Carl Aires, Esq. (138169)
        AIRES LAW FIRM
        6 Hughes, Suite 205
        Irvine, California 92618
        (949) 718-2020/(949) 718-2021 FAX

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/30/2019

*Signature of Clerk or Deputy Clerk*



ATTACHMENT A
[ADDITIONAL DEFENDANTS]

ARMEN MKRTCHIAN, an individual; GEVORK NERSISYAN, an individual; ANAHIT GEGHAMYAN, individually and as trustee MOUNTAIN GRACE TRUST; AMAO INC.; MOTION GLOBAL NETWORK INC.; ARAN CONSULTING INC.; ANAIDA OVSEPYAN, an individual; All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint, or any cloud on title thereto; and DOES 1 through 10, inclusive,

ATTACHMENT B
[DEFENDANTS' NAMES AND ADDRESSES]

TO:

NAIRI ANNA MKRTCHIAN, an individual
2064 BUCKINGHAM PLACE
GLENDALE, CA 91206

ARMEN MKRTCHIAN, an individual
2064 BUCKINGHAM PLACE
GLENDALE, CA 91206

GEVORK NERSISYAN, an individual
2944 MARCIA ROAD
GLENDALE, CA 91208

ANAHIT GEGHAMYAN, individually and as trustee MOUNTAIN GRACE TRUST
2064 BUCKINGHAM PLACE
GLENDALE, CA 91206

AMAO INC.
2064 BUCKINGHAM PLACE
GLENDALE, CA 91206

MOTION GLOBAL NETWORK INC.
2064 BUCKINGHAM PLACE
GLENDALE, CA 91206

ARAN CONSULTING INC.
2064 BUCKINGHAM PLACE
GLENDALE, CA 91206

ANAIDA OVSEPYAN, an individual
2064 BUCKINGHAM PLACE
GLENDALE, CA 91206

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-09327 SVW (ASx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc: